IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Raymond E. King, Inmate No. N54043, Plaintiff, v. Chapman, et al. Defendants. | Civil Action No.: 09 CV 1184 Judge Marvin J. Aspen Magistrate Judge Sidney I. Schenkier |

## PLAINTIFF'S EXPERT WITNESS DISCLOSURE PURSUANT TO RULE 26 (a)(2)(A)

Pursuant to the Minute Entry of the Court dated August 2, 2011, and Fed. R. Civ. P. 26 (a)(2)(A), Plaintiff hereby identifies the following expert witness who is retained to testify at trial or in any other proceeding in the above-captioned case to present evidence according to Federal Rules of Evidence 702, 703 or 705:

    Arnold Binderman, D.D.S., M.S.D.
    The Bethesda TMJ and Facial Pain Center
    10215 Fernwood Road, Suite 601
    Bethesda, MD 20817

Pursuant to Fed. R. Civ. P. 26 (a)(2)(B), Plaintiff's Expert Disclosure is accompanied by a written report prepared and signed by Dr. Binderman, which is served on Defendants' counsel via Express Mail.

Dated: October 3, 2011

Respectfully submitted,

Meredith Martin Addy
Steptoe & Johnson, LLP
115 South LaSalle Street
Suite 3100
Chicago, IL 60603
(312) 577-1251
maddy@steptoe.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a true and correct copy of the foregoing PLAINTIFF'S EXPERT WITNESS DISCLOSURE PURSUANT TO RULE 26 (a)(2)(A) is served by the electronic case filing system (ECF) on the 3rd day of October, 2011 and by an emailed courtesy copy, said service being made to the following attorneys of record:

Saira J. Alikhan
Assistant Attorney General
General Law Bureau
100 W. Randolph St., 13th Floor
Chicago, IL 60601
(312) 814-6131
salikhan@atg.state.il.us

John J. Beribak
Charysh & Schroeder, Ltd.
33 North Dearborn Street
Suite 1300
Chicago, IL 60602
(312) 372-8338
jberibak@cslaw-chicago.com

Meredith Martin Addy
Steptoe & Johnson, LLP
115 South LaSalle Street
Suite 3100
Chicago, IL 60603
(312) 577-1251
maddy@steptoe.com

*Attorney for Plaintiff*