# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Raymond E. King,

Plaintiff,

v.

Dr. Jacqueline Mitchell,

Defendant.

Case No. 09-cv-01184
Judge Heather K. McShain

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s) and against defendant(s) in the amount of $

which ☐ includes pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s) and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☑ other: Judgment is entered in favor of Defendant Dr. Jacqueline Mitchell and against Plaintiff Raymond King.

This action was *(check one)*:

☑ tried by a jury with Judge Heather K. McShain presiding, and the jury has rendered a verdict.
☐ tried by Judge Heather K. McShain without a jury and the above decision was reached.
☐ decided by Judge Heather K. McShain on a motion

Date: 11/4/21

Thomas G. Bruton, Clerk of Court

Peggy Klutcharch, Deputy Clerk